IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL MIKUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-120-JED-JFJ |
| ) | |
| STANLEY GLANZ, SHERIFF OF ) | |
| TULSA COUNTY, in His Individual and ) | |
| Official Capacities; CORRECTIONAL ) | |
| HEALTHCARE MANAGEMENT OF ) | |
| OKLAHOMA, INC.; CORRECTIONAL ) | |
| HEALTHCARE MANAGEMENT, INC.; ) | |
| CORRECTIONAL HEALTHCARE ) | |
| COMPANIES, INC., ) | |
| ) | |
| Defendants. ) | |

## OPINION AND ORDER

Defendant, Correctional Healthcare Companies, Inc.'s *Partially Unopposed Motion for Leave to be Excused from Attending the Settlement Conference,* [Dkt. 61], is before the court for decision. The motion is GRANTED in part.

The Settlement Conference will remain as set on July 30, 2019, at 1:30 p.m. However, Defendant's representative may attend the Settlement Conference by telephone.

SO ORDERED this 1st day of July, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE